372 A.2d 424
Commonwealth v. Kastle, Appellant.

Submitted November 25, 1975.  Ralph J. Cappy, Public Defender, for appellant;  Thomas M. Lilly, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the lower court is reversed and the case is remanded for an evidentiary hearing on appellant's Post Conviction Hearing Act petition.  Act of January 25, 1966, P.L. (1965) 1580, § 9, effective March 1, 1966, 19 P.S. § 1180-9.

WATKINS, P. J., dissents.

372 A.2d 424
Commonwealth v. Koman, Appellant.

Submitted March 8, 1976.  Arthur K. Dils, and Dils and Diveglia, for appellant;  Keith B. Quigley, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.